UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN C., <br><br>　　　　Plaintiff <br><br>　v. <br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br>　　　　Defendant. | Case No. 8:20-cv-01844-GJS <br><br> JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

DATED: July 18, 2022

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE